UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of December, two thousand and fourteen,

_____

| | |
|---|---|
| Edward Morris Weaver, an individual, | **ORDER** |
| Plaintiff - Appellant, | Docket No: 14-4180 |
| V. | |
| Axis Surplus Insurance Company an Illinois corporation, | |
| Defendant - Appellee. | |

_____

Counsel for APPELLANT Edward Morris Weaver has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting February 11, 2015 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before February 11, 2015. The appeal is dismissed effective February 11, 2015 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

